FILED 30 JAN '26 15:53 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

LCDR-DONALD G. MILLER-TRUST-

BARBARA ANN MILLER; RN-BSN

STEVEN L. MILLER-HART,

Plaintiffs,

v.  Case No.: 3:26-CV-220-SB

STATE OF OREGON;

OREGON DEPARTMENT OF HUMAN SERVICES (DHS);

DHS – ADULT PROTECTIVE SERVICES (APS);

BRADLEY VEO TIMMONS, individually and in concert;

AMERITITLE ESCROW COMPANY;

HOOD RIVER COUNTY, OREGON;

DIAMOND FRUIT GROWERS, INC.;

DOES 1–50,

Defendants.

**VERIFIED CIVIL RICO & CIVIL RIGHTS COMPLAINT**

(18 U.S.C. §§ 1962(c), 1962(d); 18 U.S.C. § 1964;

42 U.S.C. § 1983; Supplemental State Law Claims)

#115405

## I. INTRODUCTION

1. Plaintiffs file this Complaint as a **Skeleton / Placemat Federal Civil RICO pleading** to preserve claims, establish jurisdiction and venue, provide clear notice of the core racketeering narrative and timeline, and negate anticipated statute-of-limitations defenses pending discovery, amendment, and formal service on all Defendants.

2. This action alleges a coordinated pattern of misconduct and concealment spanning **2006 through the present**, involving **State of Oregon DHS-APS, AMERITITLE Escrow, Bradley Veo Timmons, Diamond Fruit Growers (DFG)**, and **Hood River County**, acting in unison at key moments, including a critical nexus event on **April 17, 2015**, and renewed tolling and notice events culminating on **November 6, 2025 discovery date.**

3. Plaintiffs do **not** seek justice for the potential **November 9, 2006 homicide adjudication** in this civil pleading. Plaintiffs seek civil redress for **racketeering-pattern conduct, civil rights-type misuse of process, property interference, fraudulent concealment, and ongoing damages** from State of Oregon DHS-APS-EAU and Hood River County (HRC)

## II. JURISDICTION AND VENUE

4. This Court has subject-matter jurisdiction under **28 U.S.C. § 1331 and 18 U.S.C. § 1964(c) (Civil RICO).** The Court has supplemental jurisdiction under **28 U.S.C. § 1367** for related claims ongoing harms and **Hood River Cadastral Land Fraud #21CV04347**

5. Venue is proper in the District of Oregon under **28 U.S.C. § 1391** because the events giving rise to these claims occurred in Oregon, and Defendants reside in or conduct business in this District. Hood River County – State of Oregon OJD Full Exhaustion.

## III. PARTIES

6. Plaintiff **Barbara Ann Miller, RN-BSN** ("BAM") is an Oregon resident. BAM alleges she has suffered severe and continuing injury, including property loss, financial loss, emotional distress, and severe health impacts arising from Defendants' illegal conduct.

7. Plaintiff **Steven L. Miller-Hart** is loving husband - HRC Oregon resident, alleges direct and derivative injuries, arising from the same conduct and resulting in illegal damages.

8. Defendant **State of Oregon** is a governmental entity responsible for the acts of its agencies and employees, including **DHS, APS** and **EAU Estate Administration Unit.**

9. Defendant **Oregon Department of Human Services (DHS)** is an Oregon state agency.

10. Defendant **Adult Protective Services (APS)** is a **DHS** program/unit involved in **APS** reporting, investigation, record handling, sealing, disclosure decisions, and communications relevant to Plaintiffs' illegal fraudulent levy claims of **April 17, 2015**

11. Defendant **Hood River County** is a municipal entity in Oregon alleged to have acted as the enforcement arm and/or participant in illegal cadastral property-related land fraud actions, Miller Farm Retreat closures, and cadastral/land-record events causing injuries.

12. Defendant **AMERITITLE Escrow** is an Oregon escrow/title company alleged to have participated in or facilitated key transactions and/or processes tied to Plaintiffs' alleged property and fraud injuries **November 1-9, 2006 and April 17, 2015 – Ongoing Harms -**

13. Defendant **Bradley Veo Timmons** ("Timmons") is an individual alleged to be a central coordinating actor (**"kingpin"** as alleged by Plaintiffs), whose conduct ties together the **November 9, 2006** suspicious death origins and **April 2015** nexus event and later harms.

14. Defendant **Diamond Fruit Growers, Inc. (DFG)** is an Oregon corporation alleged to have participated in conduct and decisions causing financial loss and ongoing balance impacts to Plaintiffs, including the **April 17, 2015** illegal wrongful dismissal Rico nexus.

15. Defendants **DOES 1–50** are individuals and entities whose identities are secondary or presently culpable and who knowingly participated in or benefitted from the Nov. 2006 probate fraud and the alleged ongoing HRC Cadastral Land Fraud attempt ongoing with HRC-**21CV04347** DHS-EAU Rico Enterprise, Please Take Notice that PLS James Klein confirmed coercion, collusion and Cadastral Land Fraud –irregularities, HRC-OSBEELS deliberate incompetence huge cadastral fraud, land theft attempts and **HRC Misconduct.**

## IV. SUMMARY OF THE CORE NEXUS AND THREE FLASHPOINTS

16. Plaintiffs allege three major **"Flashpoints"** that define accrual, damages, pattern, tolling:

17. **Flashpoint #1 (2006):** Plaintiffs allege the enterprise activity begins with **DHS-APS** involvement and related private-actor conduct, Timmons and AMERITITLE Escrow including interactions and processes tied to alleged fraud and concealment, and the creation of sealed or inaccessible records that prevented timely discovery for years.

18. **Flashpoint #2 (April 17, 2015):** Plaintiffs allege a coordinated, multi-actor "Quad-RICO" nexus event on **April 17, 2015** involving **DHS-APS, Timmons, AMERITILE** and later-integrated conduct implicating **Hood River County** and **DFG**. Plaintiffs allege this date **April 17, 2015** is the **smoking gun** pivot point for their federal RICO criminal complaints and deliberate catastrophic damages to **Don Miller Farms - DGM TRUST -**

19. **Flashpoint #3 (November 6, 2025):** Plaintiffs allege a new and substantial tolling and notice event occurred on **November 6, 2025,** where Plaintiffs discovered and conferment

through forensic analysis confirmed **No DHS-EAU Predicate** for 2 illegal levies against The Donald G. Miller Trust with complete Trust immunity and Not a Barbara A. Miller debt. Defendants on actual notice, and restarted all tolling and accrual under continuing-violation and State of Oregon DHS-EAU concealment doctrines on **November 6, 2025 – Flashpoint #3 – DHS Discovery Day.**

## V. FACTUAL ALLEGATIONS (SKELETON / PLACEMAT)

20. **2006 Origin Conduct (DHS-APS + Private Actors):**

    Upon information and belief, Plaintiffs allege that on **November 6, 2006**, DHS-APS urgent 911 neglect investigative processes and records relating to Plaintiffs' family were mishandled, illegally knowingly falsified, or concealed, and that DHS-APS actions and omissions operated in parallel with private actors, including **Bradley Veo Timmons** and **AMERITITLE Escrow** in ways that prevented Plaintiffs from learning any material facts necessary to file any civil claims. Please see State of Oregon AG Frederick M. Boss

21. **April 17, 2015 Nexus (DHS-APS + Timmons + AmeriTitle + DFG + HRC):**

    Plaintiffs allege that on **April 17, 2015**, Defendants **DHS-APS, Bradley Veo Timmons**, and **AMERITITLE Escrow** acted in coordination and that the same Rico enterprise criminal activity from 2006 APS 911-neglect death debacle re-united and expanded to include **Diamond Fruit Growers (DFG)** and **Hood River County** as the enforcement and/or execution mechanism. Plaintiffs allege this coordinate Rico collusion, coercion date triggered a cascade of huge catastrophic losses, continuing injury that persists today.

22. **False Levies / DHS-Related Enforcement Injury (SEPARATE LINE ITEM):**

    Plaintiffs allege that DHS-connected actions resulted in two **false levies** and wrongful enforcement-type financial impacts totaling approximately **$80,000**, separate and distinct from other line-item losses, and that these were pursued despite known LDCR-DGM-Trust Documentation position that DGM-Trust property interests were **100% Immune** and not lawful targets for State of Oregon DHS-EAU illegal collection actions. X 2 BAM Please Take Notice that Plaintiffs feel **April 2015** illegal levy actions were an attempt by: State of Oregon **DHS-APS self-preservation** efforts for any potential **DHS** crimes-**2006**

23. **DFG Loss (SEPARATE LINE ITEM):**

    Plaintiffs allege a distinct and separate **Diamond Fruit Growers Co-Op DFG** loss theft **April 17, 2015** totaling approximately **$300,000**, with ongoing balance due impacts and continuing financial harm, including allegations of withheld DFG Trust capital, withheld proceeds, and/or continuing balance due (including approximately **$20,000** alleged as still outstanding), Wrongful Dismissal-Bad Faith Agreement previous **125-year relationship.**

24. **Hood River County Closure / Property Interference (SEPARATE LINE ITEM):**

    Plaintiffs allege **Hood River County** acted as an enforcement arm and/or participant in actions that interfered with Plaintiffs' property use and operations, including the alleged illegal closure of Plaintiffs' wedding venue **Miller Farm Retreat** and the corroborated confirmed cadastral/land fraud attempts, producing continuing damages, loss of all viable **125-year-old** established historic farm, **MFR** thriving business, reputational huge harms.

25. **PLS James Klein / Corroborating Confessions / Discovery Event (July 12, 2023):**

    Plaintiffs allege that on **July 12, 2023**, **The Key #1** land-fraud suspect connected to Plaintiffs' -HRC-DOR Cadastral Partition-Plat Surveying - LLV Legal Lot Verification

Hood River County sponsored, manufactured and forced all land fraud crimes **2015 to 2025** (identified by Plaintiffs as **PLS James Klein**) made statements clearly confirming corroborating "confessions," again in **April 20, 2024 & May 10, 2024** confirming and directly implicating the State of Oregon – Hood River County forced cadastral land fraud attempts ongoing materially advancing Plaintiffs' discovery of coordinated by the RICO State of Oregon and Hood River County criminal actions, wrongdoing and supporting delayed-discovery and tolling arguments continued evidence claims re: Statutes-SOL-

26. **Continuing Pattern Through 2025 and Beyond:**

    Plaintiffs allege that the Rico enterprise continued acts of concealment, obstruction, retaliation, and injury through **2016–2025,** including responses or non-responses to Plaintiffs' ongoing written demands and official complaints, and that severe damages remain ongoing today. **January 29, 2026**

---

## VI. RICO ENTERPRISE AND PATTERN (SKELETON)

27. Plaintiffs allege an "enterprise" existed within the meaning of **18 U.S.C. § 1961(4),** comprised of governmental and non-governmental actors, including **DHS-APS, AMERITITLE Escrow - Bradley Veo Timmons**, **DFG**, and **Hood River County**, together with additional known and unknown actors (Does), functioning as an associated-**Rico network and in-fact enterprise – HRC-DFG Arrow-Head – Deception Arm -**

28. Plaintiffs allege Defendants conducted or participated in the conduct of the enterprise's affairs through a **pattern of racketeering activity** in violation of **18 U.S.C. § 1962(c),** and **conspired** to do so in violation of **18 U.S.C. § 1962(d) Since April 17, 2015**

29. Predicate acts alleged **(pled as a skeleton for notice)** include misuse of governmental process, concealment of material facts, mail and wire communications used to further concealment or enforcement, and property-related interference and fraud-type conduct. Plaintiffs will plead specific predicate acts with greater particularity after discoveries.

30. Plaintiffs allege injury to business or property **"by reason of" All Defendants'** violations, including lost capital, withheld proceeds, wrongful levies, property interference, MFR-wedding event site agrotourism closure of all operations, continuing consequential damages related to both Don Miller Farms – Miller Farm Retreat –Trust-

## VII. STATUTE OF LIMITATIONS (SOL), TOLLING, DELAYED DISCOVERY, AND CONTINUING VIOLATIONS

31. Defendants are expected to argue that **Plaintiffs'** claims are time-barred. **Plaintiffs** affirmatively plead that all claims are timely under the discovery rule, equitable tolling, fraudulent concealment, equitable estoppel, and continuing criminal violations doctrines.

32. **Plaintiffs allege:**

    (a) **DHS-APS** records and related materials were sealed, withheld, falsified, or concealed, delaying Plaintiffs' discovery of essential facts; until **November 6, 2025 -DHS-DAY-**

    (b) the wrongful conduct was self-concealing and continued through repeated acts after **April 17, 2015;**

    (c) **Plaintiffs** exercised extreme due diligent efforts for more than a decade, including extensive written communications, dozens of complaints, and preservation demands;

    (d) Plaintiffs' discovery materially advanced through later disclosure events, including **July 12, 2023;** -PLS James Klein Confessions – Corroborated **April 2024 May 2024**

(e) **November 6, 2025 discovery constitutes a major notice and tolling Discovery Day**

(f) **Plaintiffs' documented exhaustion/diligence evidence includes (by item exhibit)** a **DOJ Failure Audit (2016–2025), OSB ethics filings**, and a **Federal OIG complaint dated January 2, 2026,** all supporting continued tolling and negating any SOL defenses.

## VIII. DAMAGES (SEPARATE LINE ITEMS; NOT MERGED)

33. Plaintiffs allege damages exceeding **$60,000,000**, including treble damage under RICO, based on cascading and continuing injury, including but not limited to the following separated categories:

34. **False State of Oregon DHS-EAU Related Levies / False Enforcement Loss:** approximately **$100,000** (separate line item).

35. **DFG Loss:** approximately **$300,000** with original continuing cascading adverse balance due impacts (separate line item), including an **11-year-old** delinquent balance of **$20,000**.

36. **Hood River County Closure / Property Interference / Cadastral Fraud Attempt:** Complete business loss, property loss, and catastrophic MFR **consequential damages** (separate line item;). **Zero Commercial Miller Farm Wedding Revenues since 2017**

37. **Plaintiffs** also allege consequential damages including emotional distress, **-EBSS-** medical impacts for **RN-BSN Barbara Ann Miller** – Catastrophic and Life-Threatening ongoing Don Miller Farms LLC – 125-Year-Old Historic Pioneer Legacy and Heroic Reputational Injury **Immeasurable.** Cost of ongoing investigations, research, travel, copying, postage, expert consultations, and extensive time investment, and reserve the

right to amend with a detailed damages matrix-Non-Economic Pain and Suffering Harm. **Please see attached LCDR-DGM-Suspect List Damages Matrix Attached Herein.**

## IX. EXHIBITS (FOR NOTICE, DILIGENCE, AND SOL PURPOSES)

38. **Plaintiffs reference and incorporate the following exhibits for notice and tolling (non-exclusive):**

39. **Exhibit A: State of Oregon DOJ Performance Failure Audit (2016–2025).**

40. **Exhibit B: OSB Professional Ethics Complaints (2018 to 2026). Ongoing Timmons**

41. **Exhibit C: Federal OIG Demand** Complaint Reluctantly Submitted: **January 2, 2026. Please Take Notice** of **Federal Bureau of Investigation** letter dated **April 1st. 2025**

42. Exhibit D: DHS Restitution / Record Preservation Demand **(served November 19, 2025)**

43. **Exhibit E: DFG Demand Letters and related documentation re: April 17, 2015 -Rico**

44. Exhibit F: Documents reflecting **DHS** false levies and **DGM-TRUST 100%-Immunity.**

45. Exhibit G: Documentation regarding **Hood River County Director Jeff Hecksel –HRC-Planning Eric Walker** illegal MFR venue closure 2016 and huge cadastral/land crimes.

46. Exhibit H: **Timeline** summary documents supporting all **DGM**-flashpoints and discovery.

## X. PRAYER FOR RELIEF

47. Plaintiffs request:

48. Declaratory relief determining Defendants' conduct violated federal Rico laws and Plaintiffs' civil rights.

49. Injunctive relief including record preservation, anti-retaliation restraints, whistleblower protection and disclosure orders as appropriate.

50. Compensatory damages, consequential damages, and statutory damages.

**51. Treble damages under 18 U.S.C. § 1964(c).**

52. Costs and allowable fees.

53. Such other relief as the Court deems just and proper.

## XI. JURY DEMAND

**54. Plaintiffs demand a trial by jury on all issues so triable.**

## XII. SIGNATURE / VERIFICATION

DATED: This 30th of January 2026

**BARBARA ANN MILLER, RN-BSN**

**THE DONALD G. MILLER TRUST**

Plaintiff, Pro Se

*[signature]*    1-30-2026

**STEVEN L. MILLER-HART**

**Plaintiff, Pro Se**

Don Miller Farms LLC

01N10E33-TOWNSHIP

6991-Allen Road

Mt-Hood-Parkdale, Oregon 97041

503-936-0293 – 503-341-8692

STEVE@TAEA.com

*[signature]* 1.30.2026

## VIII. PRAYER FOR RELIEF

Plaintiffs respectfully request:

A. Judgment in their favor on all counts

B. Treble damages under RICO

C. Declaratory and injunctive relief

D. Costs and attorneys' fees

E. Such other relief as justice requires

## IX. JURY DEMAND

**Plaintiffs demand trial by jury.**

**The Donald G. Miller Trust**

**Barbara Ann Miller RN-BSN**

**Steven Lloyd Miller-Hart**               Dated this 30th. of January 2026